IN THE DISTRICT COURT IN AND FOR
DENTON COUNTY, TEXAS

DONALD JOHNSON,          CASE NO.:

    Plaintiff,

vs.

WAL-MART STORES TEXAS, LLC,

    Defendant.

_____/

## COMPLAINT

COMES NOW, Plaintiff, DONALD JOHNSON, by and through his undersigned counsel, and sues the Defendant, WAL-MART STORES TEXAS, LLC, and alleges as follows:

## INTRODUCTION

1.    This is a proceeding for back wages, compensatory damages, punitive damages, and costs and attorneys' fees to remedy sexual harassment and retaliation based upon statutorily protected activities affecting the terms, conditions and privileges of employment, and to redress the deprivation of rights secured to the Plaintiff under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§2000e, et seq., as amended ("Act").

## JURISDICTION AND VENUE

2.    The Court has jurisdiction over their controversy under the Act.

1

## PARTIES

3.    At all times material hereto, the Plaintiff was/is a citizen of the United States, a resident of Texas, sui juris, and a former employee of the Defendant.

4.    At all times material hereto, the Plaintiff was and continues to be a male, and is a member of a protected class within the meaning of the Act.

5.    At all times material hereto, the Plaintiff was an employee within the meaning of the Act.

6.    At all times material hereto, the Defendant was a corporation doing business in this judicial district, a former employer of the Plaintiff, and was, and is, an employer within the meaning of the Act.

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

7.    The Plaintiff has exhausted and fulfilled all conditions precedent to the institution of this action pursuant to the Act and received his Right to Sue on January 6, 2023.

## STATEMENT OF FACTS

8.    The Plaintiff was an employee of the Defendant since June of 2018.

9.    Towards the beginning of 2021, Plaintiff began to be sexually harassed by three female managers, Fadoua Karimi, Sangeeta, and Madison Sampson, who would either touch him inappropriately and/or would make sexual advances towards him.

10.    Plaintiff repeatedly requested the managers to stop, but they all refused to do so.

11.    By May of 2021, Plaintiff reported the three managers to the Defendant, and an investigation ensued, however, Plaintiff never heard back.

2

12.     The sexually harassing conduct was continuing, prompting Plaintiff to submit an online complaint with Defendant's Global Ethics department on October 21, 2021 regarding this continued treatment.

13.     Two weeks later, on or about November 3, 2021, Plaintiff was terminated due to alleged tardiness issues, for which Plaintiff had exceeded according to Defendant's policy on October 17, 2021, which was four days before he submitted his complaint.

14.     However, Plaintiff was not terminated when he exceeded the Defendant's points total; rather he was only fired after submitting the complaint.

**COUNT I**

**THE ACT --- SEX HARASSMENT**

15.     The Plaintiff incorporates by reference paragraphs 1- 14 herein.

16.     The Defendant harassed the Plaintiff, which was unwelcomed, because of his sex.

17.     The unlawful sexual harassment by the Defendant and its agents and employees, as set forth herein, were and are intentional, willful, malicious and with gross disregard for the Plaintiff's rights, and violate the Act.

18.     As a direct and proximate result of the Defendant's unlawful and harassing treatment, the Plaintiff has suffered damages and will continue to suffer irreparable injury and damages in the future, including, but not limited to:

a.     Damage to reputation, confidence and self-esteem;

b.     Loss of past and future income;

c.     Loss of future earning capacity;

d.     Loss of other fringe benefits;

      e.     Stress, anxiety and emotional distress;

      f.      Significant past and future pain and suffering; and

      g.     Other financial losses.

19.     The Plaintiff is entitled to an award of reasonable attorney's fees, expert fees, costs and expenses related to this litigation.

WHEREFORE, the Plaintiff, DONALD JOHNSON, requests that judgment be entered against the Defendant, WAL-MART STORES TEXAS, LLC, for damages, including compensatory, consequential, and punitive, and all equitable relief, in addition to all litigation expenses and costs, including attorneys' fees and any other lawful and equitable relief this Court deems to be just and proper.

## COUNT II

### THE ACT --- RETALIATION

20.     The Plaintiff incorporates by reference paragraphs 1- 14 herein.

21.     The Defendant's termination of the Plaintiff was, in whole or in part, in retaliation for his complaints of sexual harassment.

22.     The Defendant has permitted further harassment and denied the Plaintiff continued employment in retaliation for his lawfully having engaged in a statutorily protected activity, and as a result of his complaints of sexual harassment.

23.     The Defendant's conduct constitutes unlawful retaliation under the Act, and such actions were willful and malicious and, as a direct and proximate result of the Defendant's unlawful conduct, the Plaintiff has suffered damages and will continue to suffer irreparable injury and damages in the future, including, but not limited to:

      a.     Damage to reputation, confidence and self-esteem;

b.      Loss of past and future income;

c.      Loss of future earning capacity;

d.      Loss of other fringe benefits;

e.      Stress, anxiety and emotional distress;

f.      Significant past and future pain and suffering; and

g.      Other financial losses.

24.     The Plaintiff is entitled to an award of reasonable attorney's fees, expert fees, costs and expenses related to this litigation.

WHEREFORE, the Plaintiff, DONALD JOHNSON, requests that judgment be entered against the Defendant, WAL-MART STORES TEXAS, LLC, for damages, including compensatory, consequential, and punitive, and all equitable relief, in addition to all litigation expenses and costs, including attorneys' fees and any other lawful and equitable relief this Court deems to be just and proper.

## DEMAND FOR JURY TRIAL

The Plaintiff, DONALD JOHNSON, demands trial by jury.

Dated: April 1, 2023.              Respectfully submitted,

Law Offices of Levy & Levy, P.A.
325 N. Saint Paul Street
Suite 3100
Dallas, Texas 75201
Telephone: (954) 763-5722
Facsimile: (954) 763-5723
Email: chad@levylevylaw.com
Service Email: assistant@levylevylaw.com
*Counsel for Plaintiff*

*/s/ Chad Levy*
CHAD E. LEVY, ESQ.
T.B.N.: 24117779