IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| DONALD JOHNSON, | § § | |
| PLAINTIFF, | § § | |
| v. | § § | CIVIL ACTION NO. 4:23-cv-00451 |
| WAL-MART STORES TEXAS, LLC., | § § § | |
| DEFENDANT. | § § | |

## ORDER OF DISMISSAL WITH PREJUDICE

In accordance with the Stipulation of Dismissal with Prejudice filed by Donald Johnson and Defendant Wal-Mart Stores Texas, LLC, it is hereby ORDERED that this action be DISMISSED WITH PREJUDICE.  Each party shall be responsible for his/its own respective costs and attorneys' fees incurred as a result of this action.

All relief not previously granted is hereby denied.

The Clerk is directed to close this civil action.

**IT IS SO ORDERED.**
 SIGNED this 17th day of July, 2023.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE